UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kedist D. Hirpassa,           )
                              )
        Plaintiff,            )
                              )
        v.                    )    Civil Action No. 08 1829
                              )
U.S. Department of State,     )
                              )
        Defendant.            )

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application and will dismiss the complaint as it is required to do if it determines that the action is frivolous. 28 U.S.C. § 1915(e)(2)(i).

Plaintiff, a resident of Silver Spring, Maryland, alleges the following: "Upon having worked as a summer clerk in 2004 and submitting a discrimination complaint, I believe that individuals [either working at or having connection to] the State Department . . . have had individuals to stalk me." Compl. at 1. Plaintiff further alleges that "they have had persons to attempt to change or take my identity [and that] someone within the department have [sic] arranged police officers to assassinate by [sic] brother after relaying a message to me via email." *Id.*

Complaints that describe fantastic or delusional scenarios are subject to immediate dismissal. *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). Moreover, a complaint may be dismissed as frivolous when it lacks "an arguable basis in law and fact," *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d

56, 59 (D.C. Cir. 1984), or is based on "fanciful factual allegation[s]." *Neitzke*, 490 U.S. at 325. This complaint qualifies for such treatment. Hence, a separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: October 3, 2008